AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 16 2015

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA
v.
TORRENCE DEMETRICE DAVIS

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 4:11cr00211-06
USM No. 26584-009

Nicole Lybrand
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) Standard, General, Special of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard (2) | Failure to report submit truthful and complete written report | 09/05/2014 |
| Standard (3) | Failure to follow instructions of the probation officer | 10/10/2014 |
| Standard (5) | Failure to work regularly at a lawful occupation | 07/18/2014 |
| Standard (6) | Failure to notify probation prior to change of residence | 11/13/2014 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5246

Defendant's Year of Birth: 1992

City and State of Defendant's Residence:
Unknown

03/12/2015
Date of Imposition of Judgment

_signature_
Signature of Judge

JAMES M. MOODY JR.          U.S. District Judge
Name and Title of Judge

3/16/15
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
            Sheet 1A

Judgment—Page __2__ of __5__

DEFENDANT: TORRENCE DEMETRICE DAVIS
CASE NUMBER: 4:11cr00211-06

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| General | Failure to refrain from possession and unlawful use of controlled substance | 11/13/2014 |
| Standard (7) | Failure to refrain from excessive use of alcohol & use of controlled substance | 11/13/5014 |
| Special (2) | Failure to attend substance abuse treatment program | 10/10/2014 |
| General | Violation of federal, state, or local crime | 11/13/2014 |

AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page  3  of  5

DEFENDANT: TORRENCE DEMETRICE DAVIS
CASE NUMBER: 4:11cr00211-06

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**Not more than FOURTEEN (14) DAYS from today's date or until a bed is available at an impatient drug treatment facility**

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 3 — Supervised Release

Judgment—Page __4__ of __5__

DEFENDANT: TORRENCE DEMETRICE DAVIS
CASE NUMBER: 4:11cr00211-06

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :
**THREE (3) YEARS**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 3C — Supervised Release

Judgment—Page 5 of 5

DEFENDANT: TORRENCE DEMETRICE DAVIS
CASE NUMBER: 4:11cr00211-06

## SPECIAL CONDITIONS OF SUPERVISION

1) The defendant must participate in and successfully complete an in-patient substance abuse treatment program under the direction of the United States Probation Office for a period of 30 days. Upon successful completion of the in-patient substance abuse treatment program, defendant is required to enter a chemical-free living program for a period of 6 months.

2) All general and standard conditions previously imposed shall remain in full force and effect.